```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

United States of America

    v.                                      2:08-cr-114-2

Eric Hutson

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 115) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 6, 7 and 8 of the superseding indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: April 13, 2009                    s\James L. Graham
                                            James L. Graham
                                            United States District Judge